UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEBORAH STUPP,

    Plaintiff,            Civil Action No. 3:07cv008

 vs.

MICHAEL J. ASTRUE,            Judge Thomas M. Rose
COMMISSIONER OF             Magistrate Judge Michael J. Newman
SOCIAL SECURITY,

    Defendant.

**ORDER**

  This Social Security disability benefits appeal is before the Court *sua sponte*.  On February 21, 2008, the ALJ's decision was vacated, and the case was remanded to the Commissioner under the Sixth Sentence of 42 U.S.C. §405(g).  Doc. 11.  in the Remand Order, the parties were directed to advise the Court of the administrative status of this case every six months.  *Id.* at 9.  Numerous such status reports have been filed since.  *See* docs. 12, 13, 14, 15, 17, 19, 20.

  This case was recently transferred to the undersigned.  The parties are advised that the Court is continuing to monitor the status of this case.  The parties are **AGAIN ORDERED** to keep the Court apprised of the administrative proceedings herein.  To that end, the parties shall jointly file a written status report every **SIX MONTHS.**  Once the administrative proceedings are concluded, the parties shall promptly advise the Court in **THIRTY DAYS OR LESS.**

November 1, 2011                 s/ **Michael J. Newman**
                            United States Magistrate Judge