IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEBORAH STUPP,

       Plaintiff,                  :        Case No. 3:07-CV-08

  -vs-

                                         Judge Thomas R. Rose
                                         Magistrate Judge Michael J. Newman

COMMISSIONER OF
  SOCIAL SECURITY,

       Defendant.               :

**ORDER**

       This is a Sentence Six remand for which the parties have continued to file status reports every six months. The Court is in receipt of, and has reviewed, the most recent such report, filed yesterday (May 29, 2012) by Plaintiff's counsel.

       In the May 29th status report, Plaintiff's counsel notes that, since the Appeals Council has declined review, "[C]ounsel for Plaintiff intends to [now] file a complaint with this Court." Doc. 24 at 2.

       The Court advises Plaintiff's counsel that no new complaint need be filed, and no new filing fee need be paid. As this case was remanded under Sentence Six, the case remains open on the Court's docket.

       The Commissioner is **ORDERED** to file **WITHIN THIRTY DAYS OF THE ISSUANCE OF THIS ORDER** a copy of the Commissioner's new non-disablity findings under this case number

(3:07-cv-008).  Upon its receipt of those findings, the Court will review the matter and, if appropriate, issue a briefing schedule.


May 30, 2012                                                              s/**Michael J. Newman**
                                                                            United States Magistrate Judge